# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-8321
ktobitsch@JonesDay.com

July 1, 2020

<u>VIA ECF</u>

Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Yochonon Goldman v. Experian Information Solutions, Inc., et al.*,
              <u>Case No. 1:20-cv-00145-RPK-CLP (E.D.N.Y.)</u>

Dear Judge Kovner:

    Experian Information Solutions, Inc. ("Experian") is writing to advise the Court that Plaintiff and Experian have reached a settlement. The parties are currently processing settlement documents. The parties jointly request to be excused from all upcoming deadlines in this matter, including Plaintiff's deadline to respond to Experian's motion.

                                   Respectfully submitted,

                                   */s/ Kerianne Tobitsch*

                                   Kerianne Tobitsch

cc:    All counsel of record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON